UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR** | **CIVIL CASE NO.**_____ |
| **VS** | **JUDGE JAMES DAVID CAIN, JR.** |
| **EMC PROPERTY & CASUALTY COMPANY** | **MAGISTRATE JUDGE KATHLEEN KAY** |

**COMPLAINT FOR DAMAGES AND STATUTORY PENALTIES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR, a sole proprietorship, who respectfully represents:

1.

Made Defendant herein:

**EMC PROPERTY & CASUALTY COMPANY ("EMC"),** a foreign insurance corporation authorized to do and doing business in the State of Louisiana that can be served through the Louisiana Secretary of State.

**JURISDICTIONAL ALLEGATIONS**

2.

The Court has diversity jurisdiction over this matter in accordance with 28 U.S.C. § 1332.

3.

Plaintiff is a citizen of the State of Louisiana. On information and belief, EMC is a corporation formed and headquartered in the State of Iowa. Complete diversity between the parties exists.

4.

The amount in controversy exceeds $75,000.00.

5.

EMC issued the policy of insurance upon which this suit is based to Plaintiff, insuring Plaintiff's property located at 511 N Texas Steet, Deridder, Louisiana. This Court has personal jurisdiction over EMC.

## CAUSES OF ACTION

6.

EMC insured Plaintiff under Policy No. 3W4 – 47 – 47, which was in full force and effect on both August 27, 2020 and October 9, 2020.

7.

Plaintiff's property suffered damage and diminution in value as a result of Hurricane Laura on August 27, 2020 and Hurricane Delta on October 9, 2020.

8.

Although EMC never provided its estimates of the damages caused by the hurricanes to Plaintiff, it made payments of $2,877.16, $1,186.87, and $1,609.25, on October 19th and November 4th of 2020. These payments did not take into account the full extent of Plaintiff's losses and gave Plaintiff no opportunity to repair the business to its pre-hurricane condition.

9.

On or about September 24, 2021, Plaintiff provided EMC with satisfactory proofs of loss and attached reports from Susan Lewis showing the cost to repair the hurricane damages to Plaintiff's business, which totaled $168,463.90 for Hurricane Laura and $133,512.89 for Hurricane Delta.

10.

EMC's adjustment(s) were unreasonably low and unrealistic and gave Plaintiff no opportunity to conduct the repairs needed to return the business to its pre-hurricane condition.

11.

La. R.S. 22:1892 states an insurer "shall pay the amount of any claim due any insured within thirty (30) days after receipt of satisfactory proofs of loss from the insured." EMC failed to pay amounts due to its insured within thirty (30) days after receipt of satisfactory proof of loss of the claim, thus making EMC liable to Plaintiff for penalties, attorney's fees, and costs under La. R.S. 22:1892. EMC had satisfactory proof of loss upon its initial inspection of the premises, and then again upon its receipt of Plaintiff's satisfactory proofs of loss, yet unreasonably withheld accurate and defensible accountings of the full extent of the damages caused by Hurricanes Laura and Delta.

12.

Additionally, La. R.S. 22:1973 states that "failing to pay the amount of any claim due any person by the contract within sixty (60) days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause" constitutes a breach of the insurer's duty of good faith and fair dealing. EMC has violated this statutory obligation and duty in its dealings with Plaintiff, also.

13.

La. R.S. 22:1973 identifies certain acts which constitute a breach of the insurer's general duty of good faith and fair dealing to the insured. An insurer like EMC is prohibited from "misrepresenting pertinent facts or insurance policy provisions relating to any coverages at issue." EMC has misrepresented pertinent facts and insurance policy provisions in its dealings with

Plaintiff by representing that $5,673.28 was all EMC owed to Plaintiff under the policy of insurance.

14.

EMC's failure to fairly and promptly adjust the full extent of Plaintiff's claim has caused contractual and extra-contractual damages including but not limited to damaged commercial property and business personal property, loss of revenue, and additional time delays associated with repairing the property. These damages, and others associated with those that were caused by EMC's delay, render it liable to Plaintiff for attorney's fees, costs, and penalties.

15.

EMC knew or should have known that its failure to timely pay Plaintiff's insurance claims prevented Plaintiff from repairing and running its business, and should have known its failure to pay Plaintiff's insurance claims would cause significant damages.

16.

WHEREFORE, Plaintiff, BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR prays that there be judgment in her favor against EMC PROPERTY & CASUALTY COMPANY as follows:

(1)   Finding EMC liable to Plaintiff, BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR for statutory penalties, contractual and extra-contractual damages, attorney's fees, and costs under La. R.S. 22:1892 and/or 22:1973, and awarding same to Plaintiff, BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR;

(2)   Awarding Plaintiff, BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR general damages caused by EMC's breach of its duty of good faith and fair dealing;

  (3) For specific damages and general damages, including but not limited to diminution in value, penalties and attorney's fees, all costs of these proceedings, and interest from date of judicial demand until paid; and

  (4) For any and all other relief that is justified under law and equity.

            Respectfully submitted,

            LUNDY, LUNDY, SOILEAU & SOUTH, LLP

            /s/ Matthew E. Lundy
            Matthew E. Lundy (#18988)
            T. Houston Middleton, IV (#33281)
            Daniel Kramer (#34624)
            Kailey K. Gallegos (#38958)
            Gary L. Blanchard (#39805)
            501 Broad Street (70601)
            P.O. Box 3010
            Lake Charles, LA 70602-3010
            (337) 439-0707 - Telephone
            (337) 439-1029 - Facsimile
            *Attorneys for the Plaintiff, BRENDA LAMBERT dba GLASS FLOWERS, GIFTS & HOME DECOR*

**SERVICE INSTRUCTIONS:**

**EMC PROPERTY & CASUALTY COMPANY**
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809