# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **BRENDA LAMBERT** | **CIVIL ACTION NO. 2:22-CV-01710** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **E M C PROPERTY & CASUALTY CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own fees and costs.

**THUS DONE AND SIGNED** in Chambers this 6th day of March, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE